LORETTO O'CONNELL, Suing on Behalf of Herself and All Other Bondholders Similarly Situated, as Trust Beneficiary under an Indenture Executed on or about February 27, 1923, by 150 BROADWAY CORPORATION, Respondent, v. 150 BROADWAY CORPORATION and Others, Defendants, Impleaded with WESTINGHOUSE ELECTRIC AND MANUFACTURING COMPANY, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ROSALIND K. MALTZ, Respondent, v. ERNEST MALTZ, Appellant.— Order unanimously modified by reducing the amount of counsel fee to the sum of $200, $100 to be paid within ten days after service of order, and the balance when the case first appears upon the calendar, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of Supplementary Proceedings: M. A. SMITH, as General Liquidator of the State of Florida, as Judgment Creditor, Respondent, v. " THOMAS " J. HANLON, JR., Name " Thomas " Fictitious, etc., Judgment Debtor, Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WILLIAM C. DAMM, Respondent, v. IRVING ZISBLATT, Trading as IRVING ZISBLATT & COMPANY, Appellant, Impleaded with Another.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer the complaint within ten days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MALVINA MAY EICHBERG, Suing on Behalf of Herself and of Other Stockholders of COTY, INC., Similarly Situated, Appellant, v. COTY, INC., and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of an Audit of Payroll Expenditures of WILAKA CONSTRUCTION Co., INC., by the STATE INSURANCE FUND. STATE INSURANCE FUND, Petitioner, Appellant, WILAKA CONSTRUCTION Co., INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of an Audit of Payroll Expenditures of LAZERE & KAPLAN, INC., by the STATE INSURANCE FUND. STATE INSURANCE FUND, Petitioner, Appellant, LAZERE & KAPLAN, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.